# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

v.                                     Case No:    8:05-cr-356-T-23EAJ
ALBON OSWALD JONES               USM No:   48128-018

Date Previous Judgment Signed: May 9, 2006         Defendant's Attorney:    Tracy Dreispul, AFPD

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon the defendant's motion (Doc. 49) under 18 U.S.C. § 3582(c)(2) for a reduction of the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered the motion, the United States' statement (Doc. 53) regarding re-sentencing, and the defendant's response (Doc. 56),

**IT IS ORDERED** that the motion is:

☐    DENIED.
☒    GRANTED and the defendant's previously imposed term of imprisonment **IS REDUCED TO EIGHTY-FOUR (84) MONTHS** .

### I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 100 to 125 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐    The reduced sentence is within the amended guideline range.
☒    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure, and the reduced sentence is comparably less than the amended guideline range.
☐    Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the May 9, 2006, judgment shall remain in effect.

ORDERED in Tampa, Florida, on _June 2nd_, 2008.

Effective Date: _____
(if different from order date)

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE